Form 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TUBOS DE ACERO DE MEXICO, S.A.; AND TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Court No. 25-00221 |

## SUMMONS

**TO:** The Attorney General, the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Plaintiffs in this action are Tubos de Acero de Mexico, S.A. ("TAMSA"), a foreign producer of merchandise subject to the antidumping duty order at issue, and Tenaris Global Services (U.S.A.) Corporation ("TGS USA"), a United States importer of subject merchandise who participated in the Department's administrative review that resulted in the contested finding. Plaintiffs therefore are parties to the proceeding and are entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(iii).

2. Plaintiffs contest the Final Results of the 2022-2023 Antidumping Duty Administrative Review in Oil Country Tubular Goods from Mexico (case no. A-201-856) with respect to oil country tubular goods exported by TAMSA and imported by TGS USA, by the International Trade Administration, Department of Commerce.

3. The underlying administrative determination was issued on September 2, 2025.

4. The Final Results were published in the Federal Register on September 5, 2025 (90 Fed. Reg. 42933).

      /s/ Gregory J. Spak
Gregory J. Spak
Kristina Zissis
Ron Kendler
Matthew W. Solomon
Cristina M. Cornejo

WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

*Counsel for Tubos de Acero de Mexico, S.A., and Tenaris Global Services (U.S.A.) Corporation.*

October 8, 2025

## SERVICE OF SUMMONS BY THE CLERK

**TUBOS DE ACERO DE MEXICO, S.A.; TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION v. UNITED STATES**
**CIT Court No. 25-00221**

Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

**UPON THE UNITED STATES:**
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Commercial Litigation Branch
National Courts Section
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Director
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**
Kelly R. Welsh
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

John D. McInerney
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

**NOTICE TO INTERESTED PARTIES**

**TUBOS DE ACERO DE MEXICO, S.A.; TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION v. UNITED STATES**
**CIT Court No. 25-00211**

I, Gregory J. Spak of the law firm White & Case LLP, hereby certify that on October 8, 2025, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons, Form 5, Form 13, and Forms 17, by certified mail, return receipt requested:

**On behalf of: Borusan Pipe U.S., Inc., PTC Liberty, and Welded Tube USA**
Roger B. Schagrin, Esq.
SCHAGRIN ASSOCIATES
900 7th Street, NW
Suite 500
Washington, DC 20001
Phone: 202-223-1700
Email: rschagrin@schagrinassociates.com

**On behalf of: United States Steel Tubular Products, Inc.**
Thomas M. Beline, Esq.
CASSIDY LEVY KENT (USA) LLP
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
tbeline@cassidylevy.com

                                                  /s/ Gregory J. Spak
                                                    Gregory J. Spak

## CERTIFICATE OF SERVICE

      I, Gregory J. Spak of the law firm White & Case LLP, hereby certify that on October 8, 2025, copies of the foregoing Summons, Form 5, Form 13, and Forms 17, were delivered to the following parties by certified mail, return receipt requested:

**UPON THE UNITED STATES:**
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Commercial Litigation Branch
National Courts Section
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530


**UPON THE DEPARTMENT OF COMMERCE:**
Kelly R. Welsh
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC 20230

John D. McInerney
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230


                                                                             /s/ Gregory J. Spak
                                                                                  Gregory J. Spak