UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TUBOS DE ACERO DE MEXICO, S.A. and TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant,<br><br>and<br><br>UNITED STATES STEEL CORPORATION,<br><br>      Defendant-Intervenor. | Before: Claire R. Kelly, Judge<br><br>Court No. 25-00221 |

## ORDER

Upon consideration of the Unopposed Consent Motion to Intervene as of Right filed by Benteler Steel & Tube Corporation, Borusan Pipe U.S., Inc., PTC Liberty Tubulars LLC, the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC, and Welded Tube USA, Inc, and pursuant to U.S. Court of International Trade Rule 24(a), it is

    **ORDERED** that the motion is granted; and it is further

    **ORDERED** that Benteler Steel & Tube Corporation, Borusan Pipe U.S., Inc., PTC Liberty Tubulars LLC, the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union,

Court No. 25-00221 Page 2

AFL-CIO, CLC, and Welded Tube USA, Inc., shall be designated as Defendant-Intervenors in this action.

<u>/s/ Claire R. Kelly</u>
Claire R. Kelly, Judge

Dated:  December 11, 2025
        New York, New York