# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| TUBOS DE ACERO DE MEXICO, S.A., *et al.*<br>    *Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES,<br><br>    *Defendant,*<br><br>and<br><br>UNITED STATES STEEL CORP., et al.,<br><br>    *Defendant-Intervenors.* | Consol. Court No.: 25-221 |

## PROPOSED ORDER

Upon consideration of defendant's unopposed motion to amend the briefing schedule, *see* ECF No. 43, and good cause having been shown pursuant to U.S. Court of International Trade Rule 6(b), it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that briefing of this consolidated action shall proceed in accordance with the schedule set forth below:

| Event | Date | Proposed Revised |
|---|---|---|
| Plaintiffs Rule 56.2 motion | April 16, 2026 | |
| Defendant and Defendant-Intervenor response briefs | June 15, 2026 | July 31, 2026 |
| Plaintiffs reply brief | July 13, 2026 | August 28, 2026 |
| Joint Appendix | July 27, 2026 | September 11, 2026 |
| Motions for oral arguments | August 3, 2026 | September 18, 2026 |

_____
Kelly, Claire R., Judge

Dated: _____, 2026
         New York, New York

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| TUBOS DE ACERO DE MEXICO, S.A., *et al.* *Plaintiffs*, | |
| v. | Consol. Court No.: 25-221 |
| THE UNITED STATES, | |
| *Defendant,* | |
| and | |
| UNITED STATES STEEL CORP., et al., | |
| *Defendant-Intervenors.* | |

**UNOPPOSED MOTION TO AMEND THE BRIEFING SCHEDULE**

Pursuant to Court of International Trade Rule 6(b), defendant, the United States, respectfully requests that the Court amend the briefing schedule entered on January 13, 2026. ECF 43. This is our first request to amend the schedule for this purpose. Counsel for plaintiffs., Tubos de Acero de Mexico et al., and counsel for consolidated defendant-intervenors, Unites States Steel Corporations, et al., communicated via email on June 12, 2026, that they do not oppose this request.

Good cause supports our request to amend the schedule. Since the Court entered the briefing schedule and plaintiffs filed their Rule 56.2 motion on April 16, 2026, undersigned counsel for the United States has faced considerable workload constraints that require additional time to complete the Government's responsive brief.

Since January, when the scheduling order was issued, undersigned counsel has been assigned, as attorney of record, six new cases, including a bid protest and three appeals at the Federal Circuit and the Court of Appeals for the District of Columbia. *See*

*Shanghai Select v. United States,* 26-2592 (Ct. Int'l Trade); *MVL, Inc. v. United States,* 26-561(Fed. Cl.); *Kline v. Collins,* 26-1348 (Fed. Cir.); *Superior Comm. Solutions. v. United States,* 26-1376 (Fed. Cir.); *Donohue v. MSPB,* 26-1125 (D.C. Cir.); *Kathuku v. United States,* 26-18 (Fed. Cl.).

The day after plaintiffs filed their brief, on April 17, 2026, counsel was assigned a bid protest in *MVL Inc. v. United States,* 26-561 (Fed. Cl.) which immediately required counsel to coordinate with the agency and with opposing and intervenor's counsel, appear in court on April 29, and assemble and produce the agency record on May 8, 2026.  The record required correction, which was subsequently accomplished by May 29.

During that time, counsel was also responsible for obtaining the necessary approvals to seek *en banc* review in *112 Genesee v. United States,* 25-1373 (Fed. Cir.), and to draft and file the *en banc* petition by May 7, 2026.  The following day, counsel was required to answer the complaint in *Kathuku v. United States,* 26-18 (Fed. Cl.).

Proceedings continued at the trial court in *112 Genesee v. United States,* 23-1373 (Fed. Cl.), which required counsel to answer the complaint on May 27, 2026.  Counsel was also required to respond to the complaint in *100 E. Central Blvd. v. United States,* 25-1472 (Fed. Cl.) on June 2, followed by a response to a 21-page discovery motion in *Beberman v. United States,* 17-179 (Fed. Cl.) on June 5, 2025.

On June 8, counsel was required to file a response brief at the Federal Circuit in *Hoover v. Air Force,* 26-1011 (Fed. Cir.).  Finally, during the week of June 8, 2026, counsel was scheduled to be on leave and out of the office.  Although she anticipated making this request earlier, and was in communication with the interested parties

throughout the week, the difference in time zones, intervening travel, and the need for supervisory review, prevented her from requesting this extension sooner.

Accordingly, we respectfully request that the Court amend the briefing schedule as follows:

| Event | Date | Proposed Revised |
|---|---|---|
| Plaintiffs Rule 56.2 motion | April 16, 2026 | |
| Defendant and Defendant-Intervenor response briefs | June 15, 2026 | July 31, 2026 |
| Plaintiffs reply brief | July 13, 2026 | August 28, 2026 |
| Joint Appendix | July 27, 2026 | September 11, 2026 |
| Motions for oral arguments | August 3, 2026 | September 18, 2026 |

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

/s/Margaret J. Jantzen
MARGARET J. JANTZEN
Senior Trial Counsel
U.S. Department of Justice
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-7994
Email:
Margaret.j.jantzen@usdoj.gov

*Attorneys for Defendant*

June 15, 2026