## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TUBOS DE ACERO DE MEXICO, S.A. and TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION,<br><br>     Plaintiffs,<br><br>and<br><br>UNITED STATES STEEL CORPORATION,<br><br>     Consolidated Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>     Defendant,<br><br>and<br><br>UNITED STATES STEEL CORPORATION, ET AL.,<br><br>     Defendant-Intervenors. | Before: Claire R. Kelly, Judge<br><br>Consol. Court No. 25-00221 |

### AMENDED SCHEDULING ORDER

Upon consideration of Defendant's unopposed motion to amend the scheduling order, see ECF No. 52, and good cause shown pursuant to U.S. Court of International Trade Rule 6(b), it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the Scheduling Order dated January 13, 2026, see ECF No. 43, is amended as set forth below:

Consol. Court No. 25-00221                                                    Page 2

1.    Defendant and all Defendant-Intervenors shall file their response briefs on or before Friday, July 31, 2026;

2.    Plaintiffs and Consolidated Plaintiff shall file their reply briefs on or before Friday, August 28, 2026;

3.    Plaintiffs shall file the Joint Appendix, including the entire confidential record, on or before Friday, September 11, 2026; and

4.    Any motions for oral argument shall be filed on or before Friday, September 18, 2026.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:      June 15, 2026
            New York, New York