**CERTIFICATE OF SERVICE**

*Tubos de Acero de Mexico, S.A. v. United States*
**CIT Consol. Court No. 25-00221**

I, James E. Ransdell of the law firm Cassidy Levy Kent (USA) LLP, hereby certify that on October 9, 2026, copies of the confidential version of the Response Brief filed on behalf of Welded Tube USA Inc., United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, PTC Liberty Tubulars LLC, Borusan Pipe U.S., Inc., Benteler Steel & Tube Corporation, United States Steel Corporation (ECF Doc. 58) were served via secure electronic transmission to the following parties:

**UPON THE UNITED STATES:**

Margaret J. Jantzen
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
margaret.j.jantzen@usdoj.gov

**UPON TUBOS DE ACERO DE MEXICO, S.A. AND TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION:**

Gregory James Spak
White & Case, LLP
701 Thirteenth Street, NW.
Suite 1100
Washington, DC 20005
gspak@whitecase.com

**UPON BENTELER STEEL & TUBE CORPORATION, BORUSAN PIPE U.S., INC., PTC LIBERTY TUBULARS LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, WELDED TUBE USA INC.:**

Luke Anthony Meisner
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
lmeisner@schagrinassociates.com

/s/ James E. Ransdell
James E. Ransdell