# UNITED STATES COURT OF INTERNATIONAL TRADE

**TUBOS DE ACERO DE MEXICO, S.A. and TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION,**

**Plaintiffs,**

**and**

**UNITED STATES STEEL CORPORATION,**

**Consolidated Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**UNITED STATES STEEL CORPORATION, ET AL.,**

**Defendant-Intervenors.**

**Before: Claire R. Kelly, Judge**

**Consol. Court No. 25-00221**

## ORDER

Upon consideration of Defendant's Motion for Errata filed on October 16, 2026, see ECF No. 65, and pursuant to U.S. Court of International Trade Rule 7(b), it is,

**ORDERED** that the motion is granted; and it is further

**ORDERED** that Defendant shall file an amended public response brief to Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record; and it is further

**ORDERED** that Defendant shall file a certificate of compliance that the clerk will deem as filed with Defendant's Confidential Response to Plaintiff's Rule 56.2 Motion or Judgment on the Agency Record, see ECF No. 63.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: October 16, 2026
New York, New York