# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **TUBOS DE ACERO DE MEXICO, S.A. and TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION,**<br><br>**Plaintiffs,**<br><br>**and**<br><br>**UNITED STATES STEEL CORPORATION,**<br><br>**Consolidated Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**UNITED STATES STEEL CORPORATION, ET AL.,**<br><br>**Defendant-Intervenors.** | **Before: Claire R. Kelly, Judge**<br><br>**Consol. Court No. 25-00221** |

## ORDER

Upon consideration of Plaintiffs' and Consolidated Plaintiff's Joint Unopposed Motion for Oral Argument, November 19, 2026, ECF No. 76, pursuant to U.S. Court of International Trade Rule 56.2(e), and upon due deliberation, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that oral argument shall be held on Thursday, March 4, 2027, at 11:00 a.m. in Courtroom 1 of the United States Court of International Trade, One Federal Plaza, New York, NY.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: November 23, 2026
New York, New York